UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RALPH IAZZETTA, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs ) <br> ) <br> SMITH'S FOOD & DRUG CENTERS, ) <br> INC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case # 2:14-CV-1810-JAD-NJK <br><br> ORDER REFERRING CASE FOR <br><br> SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **Tuesday, February 9, 2016,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Nancy J. Koppe** for a settlement conference.

DATED this 5th day of August, 2015.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE