JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RALPH IAZZETTA, an individual; ELIZABETH IAZZETTA, an individual<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation d/b/a SMITH'S FOOD & DRUG #346; DOES I through XV, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 2:14-cv-01810-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS, counsel for the parties engaged in multiple discussions which ultimately led to a full and final resolution of this case and all claims asserted therein;

　　　　IT IS HEREBY STIPULATED AND AGREED by and between ERICK M. FERRAN, ESQ. of the law firm HITZKE & ASSOCIATES, Attorneys for Plaintiffs RALPH IAZZETTA and ELIZABETH IAZZETTA, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC. as follows:

　　　　1.　That this case, including all claims of Plaintiffs RALPH IAZZETTA and ELIZABETH IAZZETTA against Defendant SMITH'S FOOD & DRUG CENTERS, INC., shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

CLAC 3368161.1

2. That the trial date of March 8, 2016, was previously vacated and any remaining dates, including the status check set for May 16, 2016, be vacated.

Respectfully submitted this 11th day of May, 2016.

| HITZKE & ASSOCIATES | COOPER LEVENSON, P.A |
|---|---|
| /s/ Erick M. Ferran<br>ERICK M. FERRAN, ESQ.<br>Nevada Bar No. 009554<br>2030 East Flamingo Road, Suite 115<br>Las Vegas, NV 89119<br>(702) 476-9668<br>Attorneys for Plaintiffs<br>RALPH IAZZETTA and<br>ELIZABETH IAZZETTA | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action be DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: May 11, 2016.

_____
UNITED STATES DISTRICT JUDGE

CLAC 3368161.1

2